IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH A. DAVIS,
    Plaintiff,

vs.                        5:06cv223/RS/MD

JOHN DOE,
    Defendant.

## O R D E R

This case is before the court upon plaintiff's request for documents (doc. 7). Plaintiff is advised that copies of documents previously filed with the court may be ordered at a cost of $.50 per page, pre-paid.

The court also notes that on November 14, 2006, it entered an order directing the plaintiff to file an amended petition for writ of mandamus or other amended pleading within thirty days. To date, plaintiff has failed to comply with this order. Although he filed a motion for extension of time to comply with a court order, this motion appeared to have been directed at the court's order to submit a copy of his inmate trust account statement, which he has done.

Accordingly, it is ORDERED:

Plaintiff's request for documents (doc. 7) is DENIED without prejudice. Plaintiff may renew his request for such documents, accompanied by proper payment.

Plaintiff shall show cause within twenty days from the date of this order why his case should not be dismissed for failure to prosecute or failure to comply with an order of the court due to his failure to timely submit an amended petition for writ of mandamus or other amended pleading.

DONE AND ORDERED this 22nd day of December, 2006.

        /s/ *Miles Davis*
        MILES DAVIS
        UNITED STATES MAGISTRATE JUDGE