IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH A. DAVIS,
    Plaintiff,

vs.                                    CASE NO.: 5:06cv223/RS/MD

JOHN DOE,
    Defendant.

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff initiated this action through the filing of a petition for writ of mandamus which was transferred to this district from the Middle District of Florida.  Plaintiff was advised on November 14, 2006 to file an amended petition for writ of mandamus or other amended pleading within thirty days.  Plaintiff failed to comply with that order although he did file a motion for extension of time to comply with a different court order.  After receiving no response from plaintiff, an order to show cause issued giving plaintiff twenty (20) days to show cause why the case should not be dismissed for his failure to comply with a court order (doc. 9).  However, there has still been no response from plaintiff to date.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed for failure to prosecute and failure to comply with an order of the court.

    At Pensacola, Florida, this 7th day of February, 2007.


                                          /s/ *Miles Davis*
                                          **MILES DAVIS**
                                          **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).