IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH A. DAVIS,

    Plaintiff,

vs.                            CASE NO. 5:06v223/RS

JOHN DOE,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 11). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed for Plaintiff's failure to prosecute and failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on March 8, 2007.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**